UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                 Case No. 10-cr-19-01 PB

Luis Rios

O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for May 4, 2010, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 4, 2010 to June 1, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Final Pretrial Conference: May 21, 2010 at 4:15 PM

Jury Selection: June 1, 2010 at 9:30 AM

SO ORDERED.

                                              */s/ Paul Barbadoro*
                                              Paul Barbadoro
                                              United States District Judge

April 22, 2010


cc: Counsel of Record
     U. S. Probation
     U. S. Marshal