```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                Case No. 10-cr-19-PB

**Luis Rios**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2010, citing the need for additional time to complete discovery and engage in plea negotiations or preparation for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2010 to July 7, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 21, 2010 final pretrial conference is continued to June 28, 2010 at 11:30 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 21, 2010

cc: Jessica Brown, Esq.
Peter Papps, AUSA
United States Probation
United States Marshal