```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                Case No. 10-cr-19-PB

**Luis Rios**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2010 for a period of two weeks, citing the need for additional time to finalize a plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from July 7, 2010 to July 19, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

July 6, 2010

cc:   Peter Papps, AUSA
       Jessica Brown, Esq.
       United States Probation
       United States Marshal